**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Martin J. Woolbert | : | |
| Debtor(s) | : | Bankruptcy No. 16-13747 amc |

**ORDER**

AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *5/26/2016*, this case is hereby DISMISSED.

**Date: June 24, 2016**

_____
Ashely M. Chan
*United States Bankruptcy Judge*

*Missing Documents:*

Certificate of Credit Counseling         *(due 6/08/2016)*

Statement of Financial Affairs            *(due 6/08/2016)*
Schedules A/B, C, D, E/F, G, H, I, J
Chapter 13 Plan
Summary of Assets and Liabilities Form 106Sum
Chapter 13 Statement of Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2
Disclosure Statement of Compensation for Attorney